

June 4, 2025

Hon. Judge Jennifer L. Rochon
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

RE: **TRIPPETT v. ESQUELETO HOME, LLC**
**DOCKET NO. 1:25-cv-1200**

Dear Judge Rochon:

The undersigned represents Alfred Trippett, the Plaintiff in the above-referenced matter. I write to respectfully request that the initial pretrial conference, currently scheduled for June 12th, be adjourned pending a decision on Defendant's Motion to Dismiss (Doc. 13). I have conferred with the defendant's counsel and they have no objection to the adjournment request.

Thank you for your time and consideration on this matter.

Respectfully,

/s/ Gabriel A. Levy

The requested adjournment is GRANTED.  The initial pretrial conference is adjourned *sine die*, to be rescheduled after the Court's resolution of the motion to dismiss.

Date:  June 4, 2025
       New York, New York

SO ORDERED.

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**